USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   2/5/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEFAN BECKER,

                              Plaintiff,

- against -

ABS TRAVEL, INC.

                              Defendant.

Docket No. 1:19-cv-08840-VEC

## DEFAULT JUDGMENT

Upon consideration of the Plaintiff's motion for default judgment under Rule 55.2(b)(2) of the Federal Rules of Civil Procedure and Local Rule 55.2; and the declarations of Plaintiff and Plaintiff's counsel Richard Liebowitz and exhibits attached thereto, and upon all prior papers and proceedings filed herein, it is hereby:

**ORDERED, ADJUDGED** and **DECREED** that:

1. Default judgment as to liability for copyright infringement under 17 U.S.C. § 501 be entered against defendant ABS Travel, Inc. ("Defendant");

2. Defendant is to pay $250.00 in actual damages under 17 U.S.C. § 504(b) for copyright infringement;

3. Defendant is to pay $ $440.00 in costs pursuant to Rule 54(d)(1) of the Federal Rules of Civil Procedure;

4. Defendant is to pay post-judgment interest under 28 U.S.C.A. § 1961;

5. This case is dismissed and the Clerk of the Court shall remove it from the Court docket.

New York, NY

Dated: ___February 5____, 2020          **SO ORDERED.**

_____
Valerie E. Caproni (U.S.D.J.)